No. 165, Misc.   WILLIAMS *v.* JACKSON, WARDEN, ET AL. Supreme Court of New York, Clinton County.   Certiorari denied.

No. 168, Misc.   SLUSSER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 169, Misc.   GLENN *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 172, Misc.   AUSTIN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *John Bodner, Jr.* for petitioner.   *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 182, Misc.   SHIVELY *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 195, Misc.   RHEIM *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 196, Misc.   ACCARDO *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, and *Beatrice Rosenberg* for the United States.

No. 211, Misc.   ANDREWS *v.* RHODE ISLAND.   Supreme Court of Rhode Island.   Certiorari denied.